ACCEPTED
06-15-00073-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/23/2015 5:04:38 PM
DEBBIE AUTREY
CLERK

| Appellate Docket No.: | CAUSE NO. 06-15-00073-CR |
|---|---|
| Appellate Case Style: | GRAYSON DAVID SMITH v. The State of Texas |

### SIXTH DISTRICT COURT OF APPEALS
### CRIMINAL APPEAL - DOCKETING STATEMENT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/23/2015 5:04:38 PM
DEBBIE AUTREY
Clerk

**PARTIES (TRAP 32.2(a)):**

| Appellant: GRAYSON SMITH | Appellee: The State of Texas |
|---|---|
| Attorney (Lead Counsel): Michael C. Lowe<br>Appointed ☐    Retained ☒ | Attorney (Lead Counsel) NOBLE DAN WALKER JR. |
| Address (Lead Counsel): 700 N. Pearl St., Plaza of the Americas North Tower, Suite 2170 Dallas, Texas 75201 | DISTRICT ATTORNEYS OFFICE (HUNT) 2507 Lee St., 4th Floor Greenville, TX 75401 |
| Telephone:          214-526-1900 | Telephone:          903-408-4180 |
| Fax:          214-748-4348 | Fax:          903-408-4296 |
| Email:          mlowe@dallasjustice.com | Email:          NWALKER@HUNTCOUNTY.NET |
| SBN (Lead Counsel):     24007573 | SBN (Lead Counsel):     20717620 |

If not represented by counsel, provide appellant's/appellee's address, telephone number, fax number and email address:

**PERFECTION OF APPEAL (TRAP 32.2(b),(d),(f)-(k)):**

| Date Sentence Imposed or Suspended in Open Court or Appealable Order Signed: | Date Notice of Appeal Filed:  April 27, 2015<br><br>If Mailed, Date Mailed:<br><br>Attach File-Stamped Copy of Notice |
|---|---|

**ACTIONS EXTENDING TIME TO PERFECT APPEAL (TRAP 32.2(e)):**

| Mt. for new Trial:  Yes ☒     No ☐ | Date Filed:  April 27, 2015 |
|---|---|
| Mt. in Arrest of Judgment:  Yes ☐     No ☒ | Date Filed: |
| Other (Specify): | Date Filed: |

1

## TRIAL AND APPEAL (TRAP 32.2(f)-(k)):

| | |
|---|---|
| Offense Charged: SEXUAL ASSAULT CHILD. | Is the appeal from a pretrial order? Yes ☐ No ☒ |
| Date of Offense: June 19, 2013 | Does the appeal involve the validity of a statute, rule, or ordinance? Yes ☐ No ☒ |
| Defendant's Plea: NOT GUILTY | If yes, specify. |
| If guilty or nolo contendere, was plea result of negotiated plea bargain agreement? | |
| Was the trial jury or nonjury? Jury | |
| Guilt/Innocence Phase: GUILTY | |
| Punishment Phase on Sexual Assault Child Charge<br>10 years TDCJ | |

## TRIAL COURT AND RECORD (TRAP 32.2(c),(l),(m)):

| | |
|---|---|
| Court: 354TH DISTRICT COURT | T.Ct. Cause No. 29458 |
| Trial Judge (Who Tried or Disposed of Case):<br>Honorable Judge Richard A. Beacom, Jr.<br><br>Telephone: 903-408-4194<br>Fax: 903-408-4218<br>Address: 2507 Lee Street, 3rd Floor<br>Greenville, TX 75401 | Court Clerk (District or County Clerk):<br>Stacey Landrum<br><br>Telephone: 903-408-4172<br>Fax: 903-408-4289<br>Address: 2507 Lee St. 2nd Floor<br>Greenville, TX 75401 |
| Clerk's Record | Fee Paid: Yes ☒ No ☐<br>Arrangements Made to Pay Fee: Yes ☐ No ☒ |
| Court Reporter(s) or Court Recorder(s): Shannon N. Head, CSR<br><br>Telephone Number(s): 903-408-4235<br>Fax Number(s): 903-408-4239<br>Address(es):<br>2507 Lee St., Ste. 205<br>Greenville, TX 75401 | |
| Reporter's/Recorder's Record<br>(Check if Electronic Recording)<br><br>Number and Date(s) of Hearings(s): | Date Requested: April 27, 2015<br><br>Fee Paid: Yes: ☒ No: ☐<br>Arrangements Made to Pay Fee:<br>Yes: ☐ No: ☒ |

## INDIGENCY OF PARTY (TRAP 32.1(k)):

| Event | Filed Check as Appropriate | Date |
|---|---|---|
| Motion and Affidavit Filed | Yes: ☐ No: ☐ | |
| Date of Hearing: | | |
| Ruling on Motion: Granted: ☐ Denied: ☐ | | |

## OTHER INFORMATION (TRAP 32.2(m)):

List any other pending related appeals before this or any other Texas appellate court by Court, Docket Number, and Style:

NOTE: If inadequate space has been provided for the information requested, please provide the additional information on an attachment.

**I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

_____

Michael Lowe

July 23, 2015
Date

Representing:     GRAYSON DAVID SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Docketing Statement was served this 23rd day of July, 2015 on all parties/attorneys of record listed below by: (circle one) personal service, mail, commercial delivery service, fax. *See* TRAP 9.5(b).

Noble D. Walker
2507 Lee St., 4th Floor
Greenville, TX 75401

_____
Michael Lowe

CAUSE NO. 29458

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 354TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| GRAYSON SMITH | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Grayson Smith, Defendant in the above entitled and numbered cause, within 30 days of sentencing, and files this Notice of Appeal with my election to have the appeal heard by the Texarkana Court of Appeals from his conviction in Cause Number 29458.

Defendant shows the Court that pursuant to the provisions of Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure, Defendant tenders this notice as evidence of his desire to appeal the conviction in Cause Number 29458.

Respectfully submitted,

_____
Michael C. Lowe
Board Certified - Criminal Law
Texas Board of Legal Specialization
State Bar No. 24007573
700 N. Pearl St., Suite 2170
Dallas, Texas 75201
Phone: (214) 526-1900
Facsimile: (214) 748-4348

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been mailed to the Assistant District Attorney assigned to this Court in accordance with the Texas Rules of Criminal Procedure on the 27th day of April. 2015.

_____
Michael C. Lowe